No. 10–447. AMEZIANE *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of respondents for leave

to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition. 